IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN LEON MASSEY, #155562, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIV. ACT. NO. 2:16cv892-ECM |
| | ) [WO] |
| ALABAMA BOARD OF PARDONS | ) |
| AND PAROLES, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**OPINION and ORDER**

On January 30, 2019, the Magistrate Judge entered a Recommendation denying the Petitioner's petition for writ of habeas corpus (doc. 18). On February 8, 2019, the Petitioner filed objections to the Recommendation of the Magistrate Judge. (Doc. 19). The Court has carefully reviewed the record in this case, the Recommendation of the Magistrate Judge, and the Petitioner's objections. Upon an independent review of the file in this case and for good cause, it is

ORDERED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, the Petitioner's objections be and are hereby OVERRULED, the petition for writ of habeas corpus filed by Massey on November 14, 2016, be and is hereby DENIED, and the petition be and is hereby DISMISSED with prejudice.

DONE this 27th day of March, 2019.

      /s/ Emily C. Marks
      EMILY C. MARKS
      CHIEF UNITED STATES DISTRICT JUDGE